IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL S. OWL FEATHER-GORBEY, | : | Civil No. 3:20-cv-2378 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| HOPE L. SWANN, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 30th day of April, 2021, upon consideration of Plaintiff's amended complaint, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The applications (Docs. 2, 8, 11) to proceed *in forma pauperis* are **DENIED**.

2. On or before May 31, 2021, Plaintiff shall **TENDER** to the "Clerk, U.S. District Court" payment in the amount of $402.00, which represents a statutory filing fee in the amount of $350.00 and a $52.00 Administrative Fee.

3. Failure to comply with this Order will result in dismissal of the action without further notice of Court.

4. This action is **STAYED** pending receipt of Plaintiff's filing fee.

Robert D. Mariani
United States District Judge